UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

United States of America

-vs-                                              Case No. 2:23-mj-680

Kyle Campbell

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 12/11/2023 1:30pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Jessica Knight |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Rosie Brown |
| INTERPRETER: | | PRETRIAL/PROBATION: | Leticia Vazquez-Villa |

Initial Appearance & Bond Hearing

-Dft advised of rights, penalties, and charges
-Financial Affidavit submitted, Federal Public Defender Rosie Brown appointed
-Government agrees to conditions of release
-Dft released on O/R Bond
-Zoom Hearing set in District of Columbia for 12/19/2023 at 12:30pm; Preliminary Hearing set in this district for 1/2/2023 at 1:30pm before Magistrate Judge Deavers